# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138792(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 138792
                                         COA: 289324
                                         Oakland CC: 2002-183849-FC

NORMAN EDWARD FOX,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's November 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010                                     _____
                                                     Clerk

d0322